UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHIRLEY A. ROWLEY,

    Plaintiff,

v.                                  Case No. 5:15-cv-00288-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Shirley A. Rolwey's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits ("DIB"), supplemental security income ("SSI"), and widow's insurance benefits ("WIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On April 16, 2015, the Appeals Council denied Rowley's request for review of the ALJ's decision. (*See id.* at 1.) Subsequently, on August 22, 2016, Magistrate Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 23), to which Rowley filed an objection (Doc. 26). The Commissioner filed a response to Rowley's objection. (Doc. 27.)

After de novo review of the portions of the Report and Recommendation to which Rowley objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

1. The Commissioner's final decision in this case is **AFFIRMED**.

2. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this 27 day of September, 2016.

                                          **G. KENDALL SHARP**
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record